427 A.2d 1201

Commonwealth ex rel., Klossman v. Klossman.

Appeal of LeAnne Klossman.

Reargument Denied May 13, 1980.

 Argued December 3, 1979. Louis N. Teti, for appellant; Patrick C. O'Donnell, submitted a brief on behalf of appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.